# Zeman & Womble, LLP

Ken Womble  
66 Willoughby Street  
Brooklyn, NY 11201

P  (718) 514 - 9100  
F  (917) 210 - 3700  
womble@zemanwomblelaw.com

WWW.ZEMANWOMBLELAW.COM

---

*BY ECF & EMAIL*  
Hon. Victor Marrero  
United States District Court  
Southern District of New York  
Thurgood Marshall Courthouse  
40 Foley Square  
New York, NY 10007

November 26, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/19
```

Re:   *United States v. Elvis Cirikovic*  
       18 CR 767 (VM)

Dear Judge Marrero,

   Due to a scheduling issue, the parties are requesting that the Court adjourn the sentencing matter in this case to January 3, 2020 at 1 pm.

Respectfully,

AKWh

Arthur Ken Womble  
Counsel for Elvis Cirikovic

Cc:  AUSA Andrew Chan

---

Request GRANTED. The sentencing of defendant Elvis Cirikovic herein is rescheduled to 1-10-20 at 4:00 p.m.

SO ORDERED.

1-27-19  
DATE            VICTOR MARRERO, U.S.D.J.